UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE DBA TRADINGPOSTSTORE.COM, <br><br> Defendant. | Case No.16-cv-04939 NC <br><br> **ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 7 |

Plaintiff Michael Grecco Productions, Inc. ("Grecco") requested expedited discovery to identify doe defendant(s). Dkt. No. 7. The Court notes that one of the elements required to show good cause for expedited discovery is that the plaintiff identify "all previous steps taken to locate the elusive defendant." *Columbia Ins. Co. v. Seescandy.com*, 185 F.R.D. 573, 579 (N.D. Cal. 1999).

Accordingly, the Court instructs Grecco to file a supplemental declaration specifying all steps taken to identify defendants. Specifically, the Court wants to know if Grecco attempted to contact Shopify, Inc. to inquire if Shopify would voluntarily disclose information allowing Grecco to identify doe defendant(s). If Grecco has not already done so, the Court instructs Grecco to contact Shopify. The supplemental declaration must be filed by September 21, 2016.

Case No.16-cv-04939 NC

**IT IS SO ORDERED.**

Dated:  September 14, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:16-cv-04939 NC          2