Brandon P. Leahy (SBN 298064)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: bleahy@duanemorris.com

Attorneys for Plaintiff
MICHAEL GRECCO PRODUCTIONS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# (SAN JOSE DIVISION)

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE dba TRADINGPOSTSTORE.COM, <br><br> Defendant. | Case No.: 5:16-cv-04939-NC <br><br> **SUPPLEMENTAL DECLARATION OF STEVEN M. COWLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE EXPEDITED DISCOVERY** <br><br> Date: ___ <br> Time: 1:00 p.m. <br> Courtroom: 7, 4th Floor <br> Magistrate Judge: Nathanael M. Cousins <br><br> Complaint Filed: August 26, 2016 |

In response to the Court's Order to Show Cause, date September 14, 2016, I, Steven M. Cowley, declare:

1. I am an attorney licensed to practice law by the Commonwealth of Massachusetts, and admitted to practice before the First Circuit Court of Appeals, Ninth Circuit Court of Appeals and the United States District Court for the District of Massachusetts.

2. I am a Partner of Duane Morris LLP, attorneys of record for Plaintiff MICHAEL GRECCO PRODUCTIONS, INC. ("Plaintiff"). I am the lead relationship partner working with the Plaintiff on a number of copyright matters, and I am responsible for supervising my colleague Brandon Leahy, of our San Francisco office, who has filed his appearance on behalf of the Plaintiff in commencing this lawsuit.

3. I make the following averments of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

4. The contact page of the Shopify.com website identifies three means to contact that company: (1) a customer service telephone number; (2) an on-line "chat" function; and (3) an email address.

5. On September 14, 2016, I made unsuccessful attempts to reach a Shopify.com representative using the telephone number and chat function referenced on that contact page.

6. On September 14, 2016, I sent an email to Shopify.com using the email function found on the contact page of its website, in which I said:

> I am an attorney that represents a photographer who owns the copyright to a photographic image that is being displayed on the main page of Tradingpoststore.com. I need to contact the principals of that company to address this issue directly. That website is managed by Shopify.com. That website provides no contact information for the principals of the site, and there is no corporate information registered in that name with the state of North Carolina, which is referenced on the site. Please provide the name and contact information for the owner of Tradingpoststore.com so that I may address my client's issues with the principals of that site. Steven Cowley, Duane Morris, LLP, (857) 488-4261.

7. Attached as **Exhibit A** to this Declaration is a copy of the automatic confirmation from Shopify.com acknowledging and repeating my email message.

8.  On September 15, 2016, I received an email from "Sacha" at Shopify.com support stating:

> Dear Steven Cowley,
>
> This is in response to your request for disclosure of personal information relating to Tradingpoststore.com.
>
> Under section 7.1(3) of the Canadian Personal Information Protection and Electronic Documents Act (PIPEDA), clarifying Principle 4.3 of Schedule I of the Act, Shopify may disclose personal information without the knowledge or consent of the individual concerned only in certain circumstances. Subsection 7.1(3)(c) of PIPEDA allows such disclosure if Shopify is required to comply with a subpoena or warrant issued or an order made by a court, person or body with jurisdiction to compel the production of information, or to comply with rules of court relating to the production of records.
>
> Accordingly, we cannot comply with your request absent due process. We will, however, be happy to comply with any properly issued court order that we receive.
>
> Should you wish to cite copyright infringement and you have questions regarding our DMCA process, please visit our page here; http://www.shopify.com/legal/dmca
>
> Please do not hesitate to reach out should you have further questions.
>
> Best,
>
> Sacha

9.  Attached as **Exhibit B** to this Declaration is a copy of the email from "Sacha" at Shopify.com that I received on September 15, 2016.

10. On September 15, 2016, I sent an email to an address identified on the Tradingpoststore.com website stating:

> I am following up on the contact information posted on www.tradingpoststore.com.
>
> I would like to speak with a principal of the organization that owns that website.
>
> Please let me know who that is and contact information.

Regards,

Steven M. Cowley
Partner

11.   Attached as **Exhibit C** to this Declaration is a copy of my September 15, 2016 email to the address identified on the Tradingpoststore.com website.

12.   On September 15, 2016, I received an automated response to the email attached at Exhibit C informing me that my email was not delivered, because it was blocked. A copy of the automated email response I received on September 15, 2016 is attached as **Exhibit D** to this Declaration.

13.   Having exhausted all contact options identified on both the Tradingpoststore.com website and the Shopify.com website without success, and having failed to identify any corporate filing in the state of North Carolina in the name of Trading Post Store (as explained in the Declaration of Brandon Leahy), I am not aware of any other means to obtain the information necessary to identify the party responsible for the Tradingpoststore.com website without obtaining formal discovery through a subpoena served on Shopify.com.

I declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

Executed this 19th day of September, 2016, at Boston, Massachusetts.

By: 
Steven M. Cowley

# EXHIBIT A

# Cowley, Steven M.

| | |
|---|---|
| **From:** | Shopify <support@shopify.com> |
| **Sent:** | Wednesday, September 14, 2016 8:17 PM |
| **To:** | Cowley, Steven M. |
| **Subject:** | Re: Tradingpoststore.com |

Thanks for your email! A Support Ticket has been created and is currently being reviewed by our staff.

For reference the ticket number **3916758** has been assigned. To add additional comments you can just reply to this email.

I am an attorney that represents a photographer who owns the copyright to a photographic image that is being displayed on the main page of Tradingpoststore.com. I need to contact the principals of that company to address this issue directly. That website is managed by Shopify.com. That website provides no contact information for the principals of the site, and there is no corporate information registered in that name with the state of North Carolina, which is referenced on the site. Please provide the name and contact information for the owner of Tradingpoststore.com so that I may address my client's issues with the principals of that site. Steven Cowley, Duane Morris, LLP, (857) 488-4261.

Hire Kit, your digital marketing employee, for only $10/month.Try Kit FREE for 14 days by clicking this link:
https://apps.shopify.com/kit?utm_source=shopify&utm_medium=email&utm_campaign=gurusignature

# EXHIBIT B

## Cowley, Steven M.

**From:** Sacha <support@shopify.com>
**Sent:** Thursday, September 15, 2016 10:00 AM
**To:** Cowley, Steven M.
**Subject:** Re: Tradingpoststore.com

### Sacha (Shopify)

Sep 15, 09:59 EDT

Dear Steven Cowley,

This is in response to your request for disclosure of personal information relating to Tradingpoststore.com.

Under section 7.1(3) of the Canadian Personal Information Protection and Electronic Documents Act (PIPEDA), clarifying Principle 4.3 of Schedule I of the Act, Shopify may disclose personal information without the knowledge or consent of the individual concerned only in certain circumstances. Subsection 7.1(3)(c) of PIPEDA allows such disclosure if Shopify is required to comply with a subpoena or warrant issued or an order made by a court, person or body with jurisdiction to compel the production of information, or to comply with rules of court relating to the production of records.

Accordingly, we cannot comply with your request absent due process. We will, however, be happy to comply with any properly issued court order that we receive.

Should you wish to cite copyright infringement and you have questions regarding our DMCA process, please visit our page here: http://www.shopify.com/legal/dmca

Please do not hesitate to reach out should you have further questions.

Best,

Sacha

Your ticket ID is **3916758**.

On Sep 09 20:17 EDT, Steven Cowley wrote:
I am an attorney that represents a photographer who owns the copyright to a photographic image that is being displayed on the main page of Tradingpoststore.com. I need to contact the principals of that company to address this issue directly. That website is managed by Shopify.com. That website provides no contact information for the principals of the site, and there is no corporate information registered in that name with the state of North Carolina, which is referenced on the site. Please provide the name and contact information for the owner of

1

Tradingpoststore.com so that I may address my client's issues with the principals of that site. Steven Cowley, Duane Morris, LLP, (857) 488-4261.

# EXHIBIT C

Case 5:16-cv-04939-NC   Document 10   Filed 09/19/16   Page 10 of 14

# Cowley, Steven M.

| | |
|---|---|
| **From:** | Cowley, Steven M. |
| **Sent:** | Thursday, September 15, 2016 12:12 PM |
| **To:** | 'info@globalvillagestore.com' |
| **Subject:** | Your website at tradingpoststore.com |

I am following up on the contact information posted on www.tradingpoststore.com.

I would like to speak with a principal of the organization that owns that website.

Please let me know who that is and contact information.

Regards,

**Steven M. Cowley**
Partner

Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
**P:** +1 857 488 4261
**F:** +1 857 401 3090
C: +1 617 429 7142

SMCowley@duanemorris.com
www.duanemorris.com

1

# EXHIBIT D

# Cowley, Steven M.

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@mx0a-00158602.pphosted.com> |
| **To:** | info@globalvillagestore.com |
| **Sent:** | Thursday, September 15, 2016 12:18 PM |
| **Subject:** | Undeliverable: Your website at tradingpoststore.com |

## Delivery has failed to these recipients or groups:

info@globalvillagestore.com
Your message wasn't delivered due to a permission or security issue. It may have been rejected by a moderator, the address may only accept e-mail from certain senders, or another restriction may be preventing delivery.

The following organization rejected your message: mx.globalvillagestore.com.cust.b.hostedemail.com.

## Diagnostic information for administrators:

Generating server: mx0a-00158602.pphosted.com

info@globalvillagestore.com
mx.globalvillagestore.com.cust.b.hostedemail.com #<mx.globalvillagestore.com.cust.b.hostedemail.com #5.7.1 SMTP; 554 5.7.1 <info@globalvillagestore.com>: Recipient address rejected: user info@globalvillagestore.com does not exist> #SMTP#

Original message headers:

Return-Path: <prvs=806689edd1=smcowley@duanemorris.com>
Received: from pps.filterd (m0074545.ppops.net [127.0.0.1])    by
 mx0a-00158602.pphosted.com (8.16.0.17/8.16.0.17) with SMTP id u8FG1sbQ029007
    for <info@globalvillagestore.com>; Thu, 15 Sep 2016 12:12:41 -0400
Received: from phlrsaint02.corp.duanemorris.net ([12.144.20.26])    by
 mx0a-00158602.pphosted.com with ESMTP id 25f38spujr-1 (version=TLSv1.2
 cipher=ECDHE-RSA-AES256-GCM-SHA384 bits=256 verify=NOT)    for
 <info@globalvillagestore.com>; Thu, 15 Sep 2016 12:12:32 -0400
Received: from PHLEXCA03.corp.duanemorris.net (phlexca03.corp.duanemorris.net
 [10.1.2.14]) by phlrsaint02.corp.duanemorris.net (RSA Interceptor) for
 <info@globalvillagestore.com>; Thu, 15 Sep 2016 12:12:09 -0400
Received: from PHLEXMBX02.corp.duanemorris.net ([fe80::69bb:43f4:b76e:be6c])
 by PHLEXCA03.corp.duanemorris.net ([10.1.2.14]) with mapi id 14.03.0301.000;
 Thu, 15 Sep 2016 12:12:09 -0400
From: "Cowley, Steven M." <SMCowley@duanemorris.com>
To: "info@globalvillagestore.com" <info@globalvillagestore.com>
Subject: Your website at tradingpoststore.com
Thread-Topic: Your website at tradingpoststore.com
Thread-Index: AdIPa6gw24BqL+gCQmu2K3BramvKIQ==
Date: Thu, 15 Sep 2016 16:12:09 +0000

1

```
Message-ID: <55E8C510AEBDA64DBDB1920E21F0EA7B222AA3DB@PHLEXMBX02.corp.duanemorris.net>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
x-originating-ip: [10.1.2.33]
Content-Type: multipart/alternative;
    boundary="_000_55E8C510AEBDA64DBDB1920E21F0EA7B222AA3DBPHLEXMBX02corpd_"
MIME-Version: 1.0
X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:,, definitions=2016-09-15_08:,,
 signatures=0
X-Proofpoint-Spam-Details: rule=outbound_notspam policy=outbound score=0 spamscore=0 suspectscore=0
 malwarescore=0 lowpriorityscore=0 phishscore=0 adultscore=0 bulkscore=0
 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.0.1-1609020000
 definitions=main-1609150213
```