UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE DBA TRADINGPOSTSTORE.COM, <br><br> Defendant. | Case No.16-cv-04939 NC <br><br> **ORDER TO SHOW CAUSE: RE PERSONAL JURISDICTION** <br><br> Re: Dkt. No. 7 |

The Court instructs plaintiff Michael Grecco Productions, Inc. to file a supplemental brief not to exceed five pages explaining how and if the Court has personal jurisdiction over doe defendant(s). This supplemental briefing must be filed by October 7, 2016. The motion to expedite discovery is still pending before the Court, but the Court cannot grant it if it lacks personal jurisdiction over defendants.

**IT IS SO ORDERED.**

Dated: October 3, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.16-cv-04939 NC